UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JORDAN SMITH, individually and on behalf of all others similarly situated, *Plaintiffs*, | § § § § | |
| v. | § | No. MO:20-CV-00145-DC-RCG |
| | § | |
| RETURN DISPOSAL, LLC and TOBEN SCOTT *Defendants*. | § § § § | |

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

BEFORE THE COURT is Plaintiff Jordan Smith and Defendants Return Disposal LLC and Toben Smith's (collectively, "parties") Joint Motion for Court Approval of Settlement Agreement. (Doc. 8). After due consideration, the Court **GRANTS** the parties' Joint Motion for Court Approval of Settlement Agreement. *Id*.

Plaintiff alleges that Defendants violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, by failing to pay him an overtime premium for hours worked in excess of forty hours in a workweek. (Doc. 1). On December 2, 2020 the Court granted the parties' Joint Motion for Leave to File Settlement Agreement under Seal. (Text Order dated December 2, 2020). Subsequently, the parties' filed a Consent to Trial by United States Magistrate Judge and the Sealed Settlement Agreement was docketed. (Docs. 9, 10). The parties now move the Court to approve their Settlement Agreement. (Doc. 8).

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 10).

It is therefore **ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement is **GRANTED**. (Doc. 8).

Further, the Settlement Agreement is **APPROVED**. (Doc. 10).

It is so **ORDERED**.

SIGNED this 8th day of December, 2020.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE