UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JORDAN SMITH, individually and on behalf of all others similarly situated,** | § § § | |
| *Plaintiffs*, | § § | |
| **v.** | § | No. MO:20-CV-00145-DC-RCG |
| | § § | |
| **RETURN DISPOSAL, LLC and TOBEN SCOTT** | § § | |
| *Defendants*. | § § | |

## **FINAL JUDGMENT**

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41 and based upon the Parties' Joint Stipulation of Dismissal of Lawsuit with Prejudice filed December 2, 2020. (Doc. 8). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** as follows:

It is **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise provided in the settlement agreement.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**

SIGNED this 8th day of December, 2020.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE